Order issued November 12, 2012

004848



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00680-CR

JACOB WHEELER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F10-57968-H

## ORDER

This appeal is **REINSTATED**.

We **VACATE** our order of September 12, 2012 requiring the trial court to conduct a hearing regarding the jury charges. The trial court clerk has filed a supplemental clerk's record containing the missing jury charges.

We **ORDER** the trial court to file a certification of appellant's right to appeal within **THIRTY (30) DAYS** of the date of this order. *See* TEX. R. APP. P. 25.2(d).

LANA MYERS
JUSTICE